UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANGEL CAYETANO, | No. 1:26-cv-02811-DJC-EFB |
| Petitioner, | |
| v. | ORDER |
| TODD BLANCHE, et al., | A# 221-493-843 |
| Respondents. | |

Petitioner Richard Angel Cayetano is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1).  The Court has previously addressed the legal issues raised in Count 1 of the Petition.  *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

Pursuant to 28 U.S.C. § 2243, the Court directed Respondents to file a return showing cause why the Court should not grant a writ of habeas corpus as to Count 1 and identify any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 1.)  Respondents argue that if the Court is inclined to grant relief, that the only appropriate relief is "a post custody hearing" under section 1226(a).  (ECF No. 5 at 2–3.)  The Court disagrees that a bond hearing is the only appropriate remedy in all legally similar cases.  *See Feng v. Lyons*, No. 1:26-cv-00235-

1

DJC-SCR, 2026 WL 472635, at *1 (E.D. Cal. Feb. 19, 2026).  However, given the recency of Petitioner's criminal charges, a bond hearing is the appropriate remedy.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 1, for the reasons stated in those prior orders.[1]

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Richard Angel Cayetano a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.

2